AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | Texas, Houston Division |
|---|---|---|

KIMBERLY WEBB

Plaintiff(s),

V.

CITY OF HUNTSVILLE

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:17-CV-03829

Notice is hereby given that, subject to approval by the court, __KIMBERLY WEBB__ substitutes
(Party (s) Name)

__R. SCOTT POERSCHKE, JR__, State Bar No. __24067822__ as counsel of record in
(Name of New Attorney)

place of __ALFONSO KENNARD__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: THE POERSCHKE LAW FIRM, P.C.
Address: 5111 CENTER STREET, HOUSTON, TX 77007
Telephone: 713.974.1600    Facsimile 713.621.2106
E-Mail (Optional): SCOTT@RSPLEGAL.COM

I consent to the above substitution.
Date: 12-16-19

_Kimberly Webb_
(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2-20-2019

_RSP_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## CERTIFICATE OF CONFERENCE

On February 20, 2020, Mr. Poerschke conferred with Mr. Sean Braun regarding this motion. He had no objection. Mr. Poerschke emailed Mr. Alfonso Kennard, but Mr. Kennard did not reply. Therefore, this motion is opposed.

## CERTIFICATE OF SERVICE

I, R. Scott Poerschke, certify that a true copy of the above was served on each attorney of record or party on February 20, 2020.

| | |
|---|---|
| Alfonso Kennard | *Via email* alfonsokennard@hotmail.com |
| William Helfand | *Via email* Bill.Helfand@lewisbrisbois.com |

/s/ RSP
**R. SCOTT POERSCHKE, JR.**