Case 4:17-cv-03829   Document 53   Filed on 08/10/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 10, 2020
David J. Bradley, Clerk

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas, Houston Division__

| | |
|---|---|
| KIMBERLY WEBB<br>Plaintiff(s),<br>V.<br>CITY OF HUNTSVILLE<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:17-CV-03829 |

Notice is hereby given that, subject to approval by the court, __KIMBERLY WEBB__ substitutes
(Party (s) Name)

__R. SCOTT POERSCHKE, JR__, State Bar No. __24067822__ as counsel of record in
(Name of New Attorney)

place of __ALFONSO KENNARD__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: THE POERSCHKE LAW FIRM, P.C.
Address: 5111 CENTER STREET, HOUSTON, TX 77007
Telephone: 713.974.1600    Facsimile 713.621.2106
E-Mail (Optional): SCOTT@RSPLEGAL.COM

I consent to the above substitution.
Date: 12-16-19

*Kimberly Webb* (signature)
(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2-20-2019

*RSP* (signature)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 10, 2020

*AMB* (signature)
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]